**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 05, 2021

Mr. John A. Burlingame
Squire Patton Boggs
2550 M Street, N.W.
Suite 1900
Washington, DC 20037

Mr. Jon Collins Conlin
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Ms. Aneca E. Lasley
Squire Patton Boggs
41 S. High Street
Suite 2000
Columbus, OH 43215

Mr. Damond R. Mace
Squire Patton Boggs
127 Public Square
Suite 4900
Cleveland, OH 44114

Ms. Debra Anne Nelson
The Nelson Law Firm
P.O. Box 201
Huntington, WV 25705

      Re: Case No. 21-3418, *Travis Abbott, et al v. E. I. du Pont de Nemours & Co*
         Originating Case No. : 2:13-md-02433 : 2:17-cv-00998

Dear Counsel,

This appeal has been docketed as case number **21-3418** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 19, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| | Appearance of Counsel |
| Appellant: | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| | Appearance of Counsel |
| Appellee: | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 21-3418

In re: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION

------------------------------

TRAVIS ABBOTT; JULIE ABBOTT

      Plaintiffs - Appellees

v.

E. I. DU PONT DE NEMOURS AND COMPANY

      Defendant - Appellant