Case No. 21-3418

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION

-------------------------------

TRAVIS ABBOTT; JULIE ABBOTT

    Plaintiffs - Appellees

v.

E. I. DU PONT DE NEMOURS AND COMPANY

    Defendant - Appellant

BEFORE: BATCHELDER, Circuit Judge; STRANCH, Circuit Judge; DONALD, Circuit Judge;

   Upon consideration of motion to stay mandate,

   It is **ORDERED** that the motion is **GRANTED**, in accordance with the terms of the district court's April 29, 2020 order, and that the mandate be stayed to allow the appellant time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of the order denying the appellant's petition for rehearing en banc.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: February 10, 2023