Case No. 21-3418

# United States Court Of Appeals
## FOR THE SIXTH CIRCUIT

IN RE: E. I. DU PONT DE NEMOURS AND COMPANY
C-8 PERSONAL INJURY LITIGATION

TRAVIS ABBOTT; JULIE ABBOTT,

*Plaintiffs-Appellees*

v.

E. I. DU PONT DE NEMOURS AND COMPANY,

*Defendant-Appellant*

On Appeal from the United States District Court for the Southern District of Ohio, Case Nos. 2:17-cv-00998 & 2:13-md-02433

**Defendant-Appellant's Notification
of Extension of Time to File a Petition for a Writ of Certiorari**

Pursuant to Fed. R. App. P. 41(d)(2)(B)(i) and 6 Cir. R. 41(c), Defendant-Appellant E. I. du Pont de Nemours and Company ("DuPont") hereby notifies the Clerk of Court that the Supreme Court has extended the time for DuPont to file a petition for certiorari pursuant to Supreme Court Rule 13.5. *See* Order, No. 22A860 (May 9, 2023) ("Application (22A860) granted by Justice Kavanaugh extending the time to file until June 30, 2023."), *available at*: https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/22a860.html.   As the

Supreme Court has extended the time to petition for certiorari until June 30, 2023, this Court's stay of the mandate is extended by operation of Rule 41 until the same date. *See* Fed. R. App. P. 41(d)(2)(B)(i) (If "the time for filing a petition has been extended" then "the stay continues for the extended period").

        Respectfully submitted,

        /s/Damond R. Mace
        Damond R. Mace
        Squire Patton Boggs (US) LLP
        4900 Key Tower
        127 Public Square
        Cleveland, OH 44114
        Telephone: (216) 479-8500
        Fax: (216) 479-8780
        damond.mace@squirepb.com

        Lauren S. Kuley
        Colter L. Paulson
        Squire Patton Boggs (US) LLP
        201 E. Fourth Street, Suite 1900
        Cincinnati, Ohio 45202
        Telephone: (513) 361-1200
        Fax: (513) 361-1201
        lauren.kuley@squirepb.com
        colter.paulson@squirepb.com

        John A. Burlingame
        Squire Patton Boggs (US) LLP
        2550 M Street, NW
        Washington, DC 20037
        Telephone: (202) 457-6000
        Fax: (202) 457-6315
        john.burlingame@squirepb.com

        *Attorneys for Appellant E. I.*
        *du Pont de Nemours and Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Damond R. Mace
Damond R. Mace